No. 176, Misc. PATTERSON *v.* WAINWRIGHT, CORRECTIONS DIRECTOR, *ante,* p. 857; and

No. 250, Misc. BOOKER *v.* UNITED STATES, *ante,* p. 862. Petitions for rehearing denied.

NOVEMBER 18, 1969

No. 258, Misc. McBRIDE *v.* UNITED STATES. C. A. 10th Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.  ■

NOVEMBER 19, 1969

No. 484. GORDON *v.* UNITED STATES. C. A. 5th Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *Fred A. Semaan* and *James R. Gillespie* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Edward Fenig* for the United States.  ■

NOVEMBER 21, 1969

No. 265. BODDIE ET AL. *v.* CONNECTICUT ET AL. Appeal from D. C. Conn. [Probable jurisdiction noted, 395 U. S. 974.] Appeal as to appellant Perez dismissed pursuant to Rule 60 of the Rules of this Court.  ■